UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGUYEN CHAN NGUYEN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01893-FLA (PLAx)<br><br>**JUDGMENT** |

- 1 -

1  On October 27, 2021, the court denied Plaintiffs' Motion for Summary
2  Judgment and granted summary judgment in Defendants' favor, regarding the
3  denial of Plaintiffs' Form I-526 Immigrant Petitions for Alien Entrepreneurs.
4  Dkt. 51.  Pursuant to Federal Rule of Civil Procedure 58, the court hereby
5  enters judgment in favor of defendants and against Plaintiffs as to this matter.
6  The Clerk of Court shall administratively close the action.

8  IT IS SO ORDERED.

10 Dated: November 16, 2022

                                             FERNANDO L. AENLLE-ROCHA
                                             United States District Judge